**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Leonal ROMAN–CARDENAS,**
**Defendant–Appellant.**

**No. 09–10470**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 12, 2010.

Amanda R. Burch, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office, Dallas, TX, Helen Miller Liggett, Assistant Federal Public Defender, Lubbock, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and ELROD, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Leonal Roman–Cardenas presents arguments that he concedes are foreclosed by *United States v. Gomez–Herrera,* 523 F.3d 554, 563 (5th Cir.), *cert. denied,* —— U.S. ——, 129 S.Ct. 624, 172 L.Ed.2d 617 (2008), which rejected the argument that the Guidelines produce unwarranted sentencing disparities between defendants who can participate in a fast-track program and defendants who cannot. The Government's motion for summary affir-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

mance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.